UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
FILED
February 13, 2004
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK
```

JUDGMENT IN A CIVIL CASE

AMERICAN NATIONAL

v.  CASE NUMBER:  CIV S-01-1381 FCD PAN

MASON AND THOMAS, et al.,


**XX** --  Jury Verdict.  This action came before the Court for trial by jury.  The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE JURY VERDICT RENDERED FEBRUARY 12, 2004.

JACK L. WAGNER,
CLERK OF COURT

ENTERED:  February 13, 2004

by: _____
C. Forester, Deputy Clerk

United States District Court
for the
Eastern District of California
February 13, 2004

* * CERTIFICATE OF SERVICE * *

2:01-cv-01381

Amer Natl Property

   v.

Mason and Thomas

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on February 13, 2004, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

   Richard D Oppenheim Jr                    MP/FCD
   Sylvester and Oppenheim
   15910 Ventura Boulavard
   Suite 1508
   Encino, CA   91436

   William Donald Chapman
   Smith Chapman and Campbell
   1800 North Broadway
   Suite 200
   Santa Ana, CA   92706

   Bradley Stephen Thomas
   Mason and Thomas
   2151 River Plaza Drive
   Suite 100
   Sacramento, CA   95812-0868

   Mark Ewell Ellis
   Murphy Pearson Bradley and Feeney
   701 University Avenue
   Suite 150
   Sacramento, CA   95825-9000

Jack L. Wagner, Clerk

by: Deputy Clerk